UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott and Katrina Thomas, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Premier Recovery, Inc.,<br><br>Defendant. | CASE NO. 08-CV-00587-AWI-SMS<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |

The Court has reviewed the Stipulation of Plaintiffs SCOTT AND KATRINA THOMAS and Defendant PREMIER RECOVERY, INC. ("Defendants") to dismiss the above-entitled action and all parties in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the individual actions of plaintiffs Scott and Katrina Thomas are hereby dismissed in their entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii); and

/ / /

/ / /

/ / /

/ / /

1     2. That the class action claims and causes of action asserted in the Complaint are hereby dismissed without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: August 9, 2010

                                       CHIEF UNITED STATES DISTRICT JUDGE